Good morning. I was willing to submit on the briefs before. I'm surprised Mr. Oppelrall is not here. If the court has any questions, I'd be happy to answer them. Otherwise, I think it's pretty straight. It seems straightforward to me. What happened to the proceeds of the sale? The trustee still has the proceeds. The trustee still has the proceeds. We have not closed the case because the appeal is pending and we don't know what the administrative expenses are going to be, but the trustee still has the proceeds. All right. Including the debtor's claim exemption? I don't know if he's paid it or not, but he has the total proceeds and I think he's paid the exemption, but if he hasn't, he may not have paid it pending the resolution of the appeal. I don't know the answer to that, but I know he has the whole 20. I'm pretty sure he has the whole 20. Okay. I have one more question. It seems like the court made a determination about the validity, extent, and priority of Essex Bank's lien during the sale hearing and you didn't request a free and clear sale. They made a lien decision in a sale motion rather than an adversary proceeding. Is that a problem? Because it wasn't a free and clear sale and because it was taken as is, whereas my position is that if there is a lien, it still exists and it becomes Ms. Landis' problem, not the estate's problem. So it was not a free and clear sale? It was not a free and clear sale. And the lien, to the extent there was a lien, it's still on the guns and the artwork? If they have a lien on the property, they still do. I don't know what's happened in the subsequent divorce as to whether she still has the property or has tried to sell it, but I don't think she has, but I don't know. But, yeah, it was not a free and clear sale, so the lien still exists. Right. I just don't think it attaches to the sale proceeds. Any other questions? Nothing else. Thank you very much. The matter is submitted.
judges: Faris, Brand, Gan